NO. 12-03-00239-CR



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS




CHRISTOPHER VERNON TOWNSEND,
§
 APPEAL FROM THE SECOND 

APPELLANT


V.
§
 JUDICIAL DISTRICT COURT OF


THE STATE OF TEXAS,

APPELLEE
§
 CHEROKEE COUNTY, TEXAS







MEMORANDUM OPINION


PER CURIAM


 Appellant pleaded guilty to the offense of manslaughter. The trial court assessed punishment
at twenty years of imprisonment. We have received the trial court's certification showing that
Appellant waived his right to appeal. See Tex. R. App. P. 25.2(c)(3)(B). Accordingly, the appeal
is dismissed for want of jurisdiction.

Opinion delivered July 23, 2003.

Panel consisted of Worthen, C.J., Griffith, J., and DeVasto, J.





(DO NOT PUBLISH)